IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HUMBERTO SERRANO MORENO,**

    **Plaintiff,**

**v.**

**TRI-NATIONAL, INC. , and
LOUIS E. CUMMINS,**

    **Defendants.**                                       **Case No. 10-cv-199-DRH**

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management purposes, in particular to remind Tri-National, Inc. of its obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate disclosure statement. Thus, the Court **ORDERS** Defendant Tri-National, Inc. to file its disclosure statement within ten (10) days from the date of issuance of this Order.

    **IT IS SO ORDERED.**

Signed this 27th day of January, 2011.

                                                  David R. Herndon
                                                  2011.01.27
                                                  11:41:29 -06'00'

                                            **Chief Judge
                                            United States District Court**