IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HUMBERTO SERRANO MORENO,**

    **Plaintiff,**

**v.**

**TRI NATIONAL INC., et al,**

    **Defendants.**        Case No. 10-CV-199-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 17, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

        **NANCY J. ROSENSTENGEL,**
        **CLERK OF COURT**


        **BY:**    /s/*Sandy Pannier*
            **Deputy Clerk**

Dated: August 30, 2011

Digitally signed by David R. Herndon
Date: 2011.08.30 14:43:12 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT